IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**EARL CROSTON, JR.**                                                                                        **PLAINTIFF**

v.                                     **CASE NO. 4:11CV00461 BSM**

**UNITY TRANSPORTATION**                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 17th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE